Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
FOLEY & MANSFIELD, P.L.L.P.
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:  (213) 283-2100
Facsimile:  (213) 283-2101

Attorneys for Defendant
**I.C. System, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY DIMON,<br><br>           Plaintiff,<br><br>      vs.<br><br>I.C. SYSTEM, INC.; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No:  13-CV-02028 LAB (BLMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge:    Larry Alan Burns<br>Magistrate Judge: Barbara Lynn Major<br><br>Action Filed:    August 3, 2013<br>Trial Date:       TBA |

    Defendant, I.C. System, Inc., hereby notifies the Court that the parties have reached a settlement in the instant action.  The parties will require an additional thirty (30) days to finalize the settlement agreement and submit a Stipulated Request for Dismissal.

DATED: November 19, 2013         **FOLEY & MANSFIELD, PLLP**

                                By:    */s/ Sean P. Flynn*
                                       SEAN P. FLYNN
                                       Attorneys for Defendant
                                       **I.C. SYSTEM, INC.**

1
NOTICE OF SETTLEMENT