# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY DIMON,<br><br>                      Plaintiff,<br>   vs.<br>I.C. SYSTEM, INC.,<br><br>                    Defendant. | CASE NO. 13cv2028-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

The parties have jointly moved to dismiss this action with prejudice (Docket no. 6). Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: February 4, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge